UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA RUGG,
15699 Tern Street
Chino Hills, CA 91709,

        Plaintiff,

    vs.

FEDERAL AVIATION
ADMINISTRATION
800 Independence Avenue, SW,
Washington, DC 20591,

    SERVE:

    U.S. Department of Transportation
    Federal Aviation Administration
    Attn: Steve Dickenson, Administrator
    800 Independence Avenue, SW
    Washington, DC 20591

    SERVE:

    Civil Process Clerk
    U.S. Attorney's Office
    501 Third Street, N.W.
    Washington, DC 20530

    SERVE:
    Hon. William P. Barr
    Department of Justice
    950 Pennsylvania Ave., N.W.
    Washington, DC 20530-0001

        Defendant.

Civ. A. No. 20-cv-0071

## **COMPLAINT**

### JURISDICTION

1.      This action arises under the law of the United States, namely, the Freedom of

Information Act, 5 U.S.C. § 552 ("FOIA"). The Court has jurisdiction under 5 U.S.C. §

552(a)(4)(B).

## STATEMENT OF THE CLAIM

2.      On November 21, 2019, the plaintiff, Linda Rugg, through her counsel, submitted

a request under the FOIA to the Federal Aviation Administration ("the FAA"). A true copy of

the request is attached to this Complaint as Exhibit 1.

3.      The FAA acknowledged receipt of the request by letter dated January 3, 2020, but

it has not responded substantively to the request, nor has it provided Rugg with a written notice

under 5 U.S.C. § 552(a)(6)(B) extending the time for its response and providing a date on which

a determination is expected to be dispatched. Rugg is therefore deemed to have exhausted her

administrative remedies.  A true copy of the acknowledgment is attached to this Complaint as

Exhibit 2.

4.      Rugg is entitled under the FOIA to receive copies of the records requested in her

FOIA request.

## DEMAND FOR RELIEF

Therefore, the plaintiff demands judgment enjoining the State Department from

withholding the records requested in the FOIA request and ordering the production of the records

improperly withheld; an award of reasonable attorney's fees; and costs.

Respectfully submitted,

LINDA RUGG

By her attorneys:


/s/ Theodore J. Folkman
Theodore J. Folkman

PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP
One Liberty Square
Boston, Mass. 02109
(617) 229-5415
tfolkman@piercebainbridge.com

Andrew M. Williamson (1011095)
PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP
601 Pennsylvania Ave N.W.
South Tower, Suite 700
Washington, D.C. 20004
(202) 318-9001
awilliamson@piercebainbridge.com

Dated: January 10, 2020