# EXHIBIT 1

**PIERCE BAINBRIDGE**

Theodore J. Folkman
Partner
One Liberty Square
Boston, MA 02109
tfolkman@piercebainbridge.com
(617) 229-5415

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

November 21, 2019

National Freedom of Information Act Office, AFN-400
Federal Aviation Administration
800 Independence Avenue, SW
Washington, DC 20591

    *Re:* <u>Freedom of Information Act Request</u>

Dear Mr. Smith,

    I represent Linda Rugg, of Chino Hills, California. On her behalf, I request, pursuant to the Freedom of Information Act, 5 U.S.C. § 552, that you provide me with copies of the following records.

## DEFINITIONS AND INSTRUCTIONS

In this request:

1. "Boeing" means The Boeing Company and any of its officers, employees, agents, representatives, or attorneys.
2. "AoA" means "angle of attack."
3. "MCAS" means the Maneuvering Characteristics Augmentation System.
4. The "MAX 8" is Boeing's 737 MAX 8 aircraft.
5. The "ODA" means the Boeing Organization Designation Authorization.
6. "Southwest" means Southwest Airlines Co. and any of its officers, employees, agents, representatives, or attorneys.
7. "Concerning" means referring to, describing, evidencing, or constituting.
8. This request seeks responsive records kept in any form or medium, e.g., paper documents, emails, and other electronically stored data. I request that electronic records be produced in their native format and that paper records be produced as PDF files.

## RECORDS TO BE PRODUCED

1. All records concerning any directive sent to Boeing from 2010 to the present concerning AoA sensors aboard aircraft.

PIERCE BAINBRIDGE

National Freedom of Information Act Office, AFN-400
Federal Aviation Administration
November 21, 2019
Page 2

2. All records Boeing submitted to the FAA or to the ODA concerning its effort to obtain FAA certification for the Boeing MAX 8, including but not limited to: (1) records concerning MCAS or any other autopilot features; (2) records concerning the ability of pilots to override the MCAS; (3) records concerning the number of AoA sensors aboard the MAX 8; (4) records concerning the functionality of AoA sensors aboard the MAX 8; and (5) records concerning the failure rate of AoA sensors aboard the MAX 8.
3. All records concerning the FAA's March 8, 2017 decision to certify the MAX 8, including but not limited to: (1) records concerning MCAS or any other autopilot features; (2) records concerning the ability of pilots to override the MCAS; (3) records concerning the number of AoA sensors aboard the MAX 8; (4) records concerning the functionality of AoA sensors aboard the MAX 8; and (5) records concerning the failure rate of AoA sensors aboard the MAX 8.
4. All records concerning the FAA's decision to issue its November 7, 2018 emergency airworthiness directive, AD# 2018-23-51.
5. All records concerning the FAA's decision to issue its March 11, 2019 Continued Airworthiness Notification to the International Community concerning the MAX 8.
6. All records concerning the FAA's March 12, 2019 statement that it would not ground the MAX 8, including but not limited to records concerning communications with any Boeing personnel, including but not limited to Dennis Muilenburg.
7. All records concerning the FAA's March 13, 2019 decision to issue its Emergency Order of Prohibition grounding the MAX 8.
8. All records concerning communications between the FAA and Mark Forkner (Boeing 737 Chief Technical Pilot) concerning the MCAS on the MAX 8, including records concerning communications concerning references to the MCAS in training manuals.
9. All records concerning the FAA's delegation of authority to make compliance findings concerning the MAX 8 to Boeing under the FAA Organization Designation Authorization program.
10. All records related to the airworthiness certification of the MAX 8 by the FAA or the ODA.
11. All records related to the airworthiness certification of the MCAS used on the MAX 8 by the FAA or the ODA.
12. All records concerning communications between the FAA and Boeing concerning the decision to ground the MAX 8.
13. All records concerning the return to service of the MAX 8, including but not limited to communications between the FAA and Boeing concerning the return to service of the MAX 8.
14. All records concerning communications between the FAA and Southwest concerning the MAX 8.

**PIERCE BAINBRIDGE**

National Freedom of Information Act Office, AFN-400
Federal Aviation Administration
November 21, 2019
Page 3

      Please note that I have addressed this request to the National FOIA Office of the FAA, but my client does not know where within the FAA the records requested are stored. All records in the possession of the FAA should be produced.

      Would you please provide the requested records within the time required by the FOIA. If the cost of complying with the request will exceed $1,500, please contact me before proceeding. For fee purposes, this request falls within the category of "all other requests," per 49 C.F.R. § 7.42(g)(4).

      Sincerely,

      Theodore J. Folkman